IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH ELTING, | § | |
| | § | No. 90, 2018 |
|     Petitioner Below, | § | |
|     Appellant, | § | Court Below—Court of Chancery |
| | § | of the State of Delaware |
|     v. | § | |
| | § | C.A. Nos. 9700 and 10449 |
| PHILIP R. SHAWE and SHIRLEY | § | |
| SHAWE, | § | |
| | § | |
|     Respondents Below, | § | |
|     Appellees. | § | |

Submitted: April 18, 2018
Decided: May 3, 2018

Before **STRINE**, Chief Justice; **VALIHURA**, **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices, constituting the Court *en Banc*.

## **ORDER**

This 3rd day of May, 2018, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its Memorandum Opinion and Order dated February 15, 2018. The Chancellor rose above the unjustified personal attacks on his integrity, and patiently and thoroughly addressed each issue raised in this bitter dispute, including Elizabeth Elting's objections to approval of the Sale Agreement. The Trustee also ably performed his duties under the same conditions. Under the standard of review approved in the Sale

Order, the Chancellor properly held that the Custodian did not abuse his discretion in connection with the sales process or the Terms of the Agreements.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.[1]

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice

---

[1] Justice Valihura concurs in the Chancellor's approval of the Sale Agreement given that the Court's February 13, 2017 affirmance of the Sale Order is now the law of the case; but she notes that she continues to adhere to the views expressed in her dissent to that Opinion.